**1006**

**Isaac McCONNICO, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 22854.

United States Court of Appeals
Fifth Circuit.

Jan. 24, 1966.

Isaac McConnico, pro se.

Clinton Ashmore, U. S. Atty., Tallahassee, Fla., C. W. Eggart, Jr., Asst. U. S. Atty., Pensacola, Fla., for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and FISHER, District Judge.

PER CURIAM:

The judgment is affirmed, see McCaffrey v. United States, 5 Cir., 328 F.2d 606.

**COMPANIA DE MOTONAVES COSTA RICA, Appellant,**

v.

**L. A. CABRERA & CO., Ltd., Appellee.**

No. 22599.

United States Court of Appeals
Fifth Circuit.

Jan. 28, 1966.

Herbert Wall, Miami, Fla., Wall & Roth, Miami, Fla., for appellant.

William C. Norwood, Miami, Fla., Fowler, White Gillen, Humkey & Trenam, Miami, Fla., of counsel, for appellee.

Before GEWIN and BELL, Circuit Judges, and HUGHES, District Judge.

PER CURIAM.

This appeal is dismissed as being both frivolous and moot and costs are taxed against appellant.

**Wade HOLMAN, Jr., Appellant,**

v.

**Robert L. EKLUND, Appellee.**

No. 20181.

United States Court of Appeals
Ninth Circuit.

Jan. 31, 1966.

Rehearing Denied March 11, 1966.

Wade Holman, Jr., in pro. per.

Thomas C. Lynch, Atty. Gen., of Cal., William E. James, Asst. Atty. Gen., Anthony M. Summers, Deputy Atty. Gen., Los Angeles, Cal., for appellee.

Before BARNES, JERTBERG and ELY, Circuit Judges.

PER CURIAM:

The order appealed from is affirmed.